Denise Bourgeois Haley                                      JS-6
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Carmen M. Ellis

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CARMEN M. ELLIS, | Case No.: CV 11-02506 MLG |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE:  August 23, 2011

                                     MARC L. GOLDMAN
                                     _____
                                   THE HONORABLE MARC L. GOLDMAN
                                   UNITED STATES MAGISTRATE JUDGE

1 DATE: August 18, 2011 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

2 /s/ *Denise Bourgeois Haley*
BY:_____
3 Denise Bourgeois Haley
Attorney for plaintiff Carmen M. Ellis

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26